UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cr-00295-TWP-TAB |
| | ) |
| ALI EL-GHIT, | ) -01 |
| | ) |
| Defendant. | ) |

## ENTRY FOR JANUARY 5, 2021
## THE HONORABLE TANYA WALTON PRATT

The Government appeared by Brad Shepard, Assistant United States Attorney. The Defendant appeared in person, in custody, and by CJA counsel Finis Tatum. La Tia Dowdell appeared on behalf of the United States Probation Office. David Moxley was the Court Reporter. Parties appeared for hearing on Defendant's Petition to Enter a Plea of Guilty and Sentencing at the Indianapolis Courthouse.

The Court found that the Defendant consents to appear by video conference, that the change of plea and sentencing cannot be further delayed without serious harm to the interests of justice for the specific reasons stated on the record and that the Defendant waives his right to receive the PSR at least 35 days before sentencing. The Government also consented to the video conference hearing. All parties confirmed that no witnesses would be called.

The Defendant was sworn. The Court advised Defendant of his rights. The Court inquired of the Defendant whether the Defendant understood the rights that the Defendant would relinquish if the Court accepted the plea of guilty and the Defendant responded affirmatively. A factual basis was accepted. The Court found the Defendant was fully competent and able to enter an informed plea, the Defendant's plea was made knowingly and voluntarily, the plea was supported by an

independent basis in fact containing each of the essential elements of the offense charged. Defendant's Plea Agreement was accepted by the Court pursuant to the Federal Rules of Criminal Procedure 11(c)(1)(B) and Defendant was adjudged guilty of Count 1 Possession with Intent to Distribute Alprazaloam, Count 2 Possession of a Firearm in Furtherance of a Drug Trafficking Crime and Count 3 Possession of a Machine Gun, as charged in the Indictment.

The parties were heard with respect to the sentence and application of the Sentencing Guidelines.

Pursuant to the Sentencing Reform Act of 1984, sentence was imposed as stated on the record, including:

Incarceration:  The Defendant was sentenced to the custody of the Bureau of Prisons for a term of 12 months on Counts 1 and 3 to be served concurrently and 60 months on Count 2 to be served consecutively to the sentence imposed on Counts 1 and 3, for a total of 72 months imprisonment.

Fine: The Court ordered a fine of $500.00.

Forfeit:  The Defendant shall forfeit the property stated on the record.

Supervised Release:  The Defendant shall be placed on supervised release for a term of 2 years on Counts 1, 2 and 3 to be served concurrently.  The Court imposed the mandatory conditions pursuant to 18 U.S. Code §§ 3563 and 3583. To promote respect for the law, prevent recidivism, and aide in adequate supervision, the Defendant shall also comply with the conditions of supervision which are referenced in the Presentence Investigation Report. Neither the Government nor the Defendant had any objection to the conditions that were recommended by the probation officer, and the reading of those conditions into the record

were waived.  The Court imposed all the conditions listed in the Presentence Investigation Report.

Recommendation:  The Court recommends placement at a facility as close as possible to Muncie, Indiana where he can participate in mechanical vocational training with mental health and substance abuse treatment.

The Defendant shall pay to the United States a special assessment of $300.  Payment of the special assessment shall be due immediately and is to be made directly to the Clerk, U.S. District Court.

The Defendant was advised of the right to appeal.

The Defendant was remanded to the custody of the United States Marshal Service.

The Judgment is forthcoming.

IT IS SO ORDERED.

Date:   1/6/2021

*Hon. Tanya Walton Pratt, Judge*
United States District Court
Southern District of Indiana

Distribution:

Bradley Paul Shepard
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
brad.shepard@usdoj.gov

Finis Tatum, IV
TATUM LAW GROUP, LLC
ftatum@tlgindy.com